# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KEVIN ANTONIO RUFF,**
Reg. #89617-020                                                                 **PETITIONER**

v.                        No. 2:13-cv-133-DPM-JTK

**ANTHONY HAYNES, Warden,**
**FCC - Forrest City**                                                          **RESPONDENT**

## ORDER

Ruff's motion for voluntary dismissal, № 8, granted. Ruff's petition for writ of habeas corpus is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2014