IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN ANTONIO RUFF,
Reg. #89617-020                                                    PETITIONER

v.                              No. 2:13-cv-133-DPM

ANTHONY HAYNES, Warden,
FCC - Forrest City                                                 RESPONDENT

## JUDGMENT

Ruff's petition for writ of habeas corpus is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

21 May 2014